# NO. 12-18-00341-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE:* | § | |
| *MARY KAYE YOUNG,* | § | *ORIGINAL PROCEEDING* |
| *RELATOR* | § | |

### MEMORANDUM OPINION
### PER CURIAM

Relator, Mary Kaye Young, filed this original proceeding to challenge Respondent's granting of a motion for new trial filed by the Real Party in Interest, Jim Neal Young.[1]  On January 9, 2019, this Court conditionally granted Relator's petition and directed Respondent to vacate his order granting Jim's motion for new trial.  By an order signed on January 10, Respondent complied with this Court's opinion and order, rendering this proceeding moot.  Accordingly, we dismiss Relator's petition for writ of mandamus as ***moot***.

Opinion delivered January 16, 2019.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)

---

[1] Respondent is the Honorable Chad W. Dean, Judge of the County Court at Law in Rusk County, Texas.



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

JANUARY 16, 2019

NO. 12-18-00341-CV

**MARY KAYE YOUNG,**
Relator
V.

**HON. CHAD W. DEAN,**
Respondent

## ORIGINAL PROCEEDING

ON THIS DAY came to be heard the petition for writ of mandamus filed by Mary Kaye Young; who is the relator in Cause No. 2017-08-326, pending on the docket of the County Court at Law of Rusk County, Texas. Said petition for writ of mandamus having been filed herein on December 10, 2018, and the same having been duly considered, because it is the opinion of this Court that the writ should not issue, it is therefore CONSIDERED, ADJUDGED and ORDERED that the said petition for writ of mandamus be, and the same is, hereby **dismissed as moot**.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*